IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02559-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CAPT. GREG JONES,
LT. HEBERT,
TIFFANY DAVIS,
MR. ELWOOD,
MRS. BLAKE,
SGT. SCRUGGS, and
SGT. GONZALEZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2016.**

    Plaintiff's Motion for Court to Order CCA Defendants to Preserve Evidence [filed February 11, 2016; docket #16] is based on mere speculation and, thus, is **denied** for failure to show good cause for the relief requested.