IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02559-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CAPT. GREG JONES,
LT. HEBERT,
TIFFANY DAVIS,
MR. ELWOOD,
MRS. BLAKE,
SGT. SCRUGGS, and
SGT. GONZALEZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2016.**

    Defendants' Motion to Stay Discovery, Stay All Rule 26 Deadlines, and Vacate the Scheduling Conference [filed March 2, 2016; docket #19] is **granted in part** and **denied in part**. While the Court will not at this point stay discovery or vacate the upcoming conference, the Court **converts** the March 9, 2016 Scheduling Conference to a Status Conference, at which time Plaintiff shall be prepared to discuss service of process on the remaining Defendants. The Court will also at that time consider whether to stay discovery.

    Additionally, the Court reminds Defendant if its continuing obligation to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1(a) requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). Here, a voicemail left on Plaintiff's telephone, as discussed in the Motion [*see* docket #19 at 5] fails to comply with the rule.